## THIRD DEPARTMENT, JANUARY, 1954.
## (January 26, 1954.)

ELIZABETH PLOHN, Appellant, v. CHARLES PLOHN, Respondent.— Motion by plaintiff-appellant for a stay of the trial of the action during the pendency of her appeal from the order of December 31, 1953, denied. Motion by defendant-respondent: (1) for a reargument of the decision of this court of December 22, 1953; (2) to suspend until the trial the award of temporary alimony; (3) in the alternative to reduce the award of alimony; and (4) to adjudge plaintiff-appellant and her counsel in contempt, denied, in each of its specifications. Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ., concur. [See 282 App. Div. 1107.]

## (January 27, 1954.)

In the Matter of CORINNE C. WATERMAN, Petitioner, against ATTORNEY-GENERAL OF THE STATE OF NEW YORK, Respondent.— Application for an order of mandamus denied. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ. [See post, p. 1121.]

In the Matter of the Claim of MILDRED EMERSON, Respondent, against DOLOMITE PRODUCTS CO. et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion for reargument, or in the alternative for leave to appeal to the Court of Appeals, and for a stay, denied, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ. [See 282 App. Div. 968.]

In the Matter of the Claim of MRS. WILLIAM HEALEY, as Administratrix of the Estate of SARAH DAWSON, Deceased, Respondent, against JOHN CARROLL et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ. [See 282 App. Div. 969.]